# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HALEY RODD** | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | NO. 21-4987 |
| v. | : | |
| | : | |
| **PROGRESSIVE SPECIALTY** | : | |
| **INSURANCE CO.** | : | |
| *Defendant* | : | |

## JUDGMENT ORDER

**AND NOW**, this 18th day of February 2025, upon consideration of the evidence presented during the bench trial held May 2, 2024, and consistent with the accompanying Memorandum Opinion's findings of fact and conclusions of law, it is hereby **ORDERED** that **JUDGMENT** is entered in favor of Plaintiff Haley Rodd and against Defendant Progressive Specialty Insurance Company in the amount of $627,427.00.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*